Priority
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTERED
CLERK, U.S. DISTRICT COURT
APR 28 2006
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

FILED
CLERK, U S DISTRICT COURT
APR 27 2006
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BROTHER RECORDS, INC., a California Corporation, | No. CV 00-13314 CBM (AJWx) |
| Plaintiff, | (consolidated for all purposes with) |
| v. | No. CV 00-13312 CBM (AJWx) |
| BRADLEY S. ELLIOTT, individually and dba SURF'S UP! RECORDS, et al. | FINAL JUDGMENT |
| Defendants. | |
| BRUCE MORGAN, dba, DECK RECORDS, | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |
| Plaintiff, | |
| v. | |
| BRIAN WILSON, et al., | |
| Defendants | |

///
///
///
///
///

70

1  Consistent with the Court's April 14, 2006 Order Dismissing Brother
2  Records' Claims, final judgment is entered in both of the consolidated cases in
3  favor of BRUCE MORGAN and against BROTHER RECORDS, INC..

5  IT IS SO ORDERED.

7  DATED: April 26, 2006

   CONSUELO B. MARSHALL
   United States District Judge

- 2 -