```
 1  ALLEN HYMAN, ESQ. (CBN: 73371)
    LAW OFFICES OF ALLEN HYMAN
 2  10737 Riverside Drive
    North Hollywood, California 91602
 3  (818) 763-6289 or (323) 877-3405
    Fax: (818) 763-4676
 4  Email: lawoffah@aol.com

 5  Attorneys for Plaintiff and Defendant
    BRUCE MORGAN dba DECK RECORDS
 6
 7
 8
 9              UNITED STATES DISTRICT COURT
10          FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
    BRUCE MORGAN, dba, DECK          )   Case No. CV00-13312 CBM (AJWx)
12  RECORDS,                         )   (Consolidated For All Purposes
                                     )   With)
13              Plaintiff,           )   Case No. CV00-13314 CBM (AJWx)
                                     )
14  v.                               )   (PROPOSED) ORDER
                                     )
15  BRIAN WILSON, an individual,     )
    MIKE LOVE, an individual, AL     )
16  JARDINE, an individual, and      )
    BROTHER RECORDS, INC., a         )
17  California Corporation,          )
                                     )
18              Defendants.          )
                                     )
19  _____)
    BROTHER RECORDS, INC., a         )
20  California Corporation,          )
                                     )
21              Plaintiff,           )
                                     )
22  v.                               )
                                     )
23  BRADLEY S. ELLIOTT,              )
    individually and d/b/a SURF'S    )
24  UP! RECORDS; BRUCE MORGAN,       )
    individually and d/b/a DECK      )
25  RECORDS; and DOES 1 through 10,  )
    inclusive,                       )
26                                   )
                Defendants.          )
27  _____)
28
```

Stamps/markings:
- FILED CLERK, U.S. DISTRICT COURT, MAY 16 2006, CENTRAL DISTRICT OF CALIFORNIA
- LODGED CLERK, U.S. DISTRICT COURT, MAY 11 2006, CENTRAL DISTRICT OF CALIFORNIA
- Priority ___ / Send ✓ / Enter ___ / Closed ✓ / JS-5/JS-6 ___ / JS-2/JS-3 ___ / Scan Only ___
- DOCKETED ON CM, MAY 17 2006, BY ___ 026

1 | Upon the Ex Parte Application of Plaintiff and Defendant BRUCE MORGAN dba DECK RECORDS ("MORGAN"), for an Order continuing the deadline for MORGAN to file a Motion for Attorneys' Fees for three (3) weeks, and upon good cause appearing, THE COURT ORDERS AS FOLLOWS:

1. The deadline for MORGAN to file a Motion for Attorneys' Fees is continued for three (3) weeks from Friday, May 12, 2006, to Friday, June 2, 2006.

DATED: May 16, 2006

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

_____
Allen Hyman
Attorneys for BRUCE MORGAN dba
DECK RECORDS

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10737 Riverside Drive, North Hollywood, California 91602.

      On **May 11, 2006**, I caused to be served the foregoing documents described as **(PROPOSED) ORDER** on the parties in this action enclosed in a sealed envelope addressed as follows:

**See Attached Service List**

[ ]   **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at North Hollywood, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **(OVERNIGHT MAIL)** I caused such document to be delivered via overnight mail to the addressees as indicated on the attached Service List.

[ ]   **(BY PERSONAL SERVICE)** I caused to be served such envelope by hand-delivery to the addressees as indicated on the attached Service List.

[ ]   **(BY FACSIMILE)** I sent such document, via facsimile, to the addressees as indicated on the attached Service List.

[ ]   **(STATE)** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **May 11, 2006**, at North Hollywood, California.

                *Rory P. Rentmeester*
                Rory P. Rentmeester

## SERVICE LIST

Edwin F. McPherson, Esq.
Charlotte Burnett, Esq.
Nadia E. Awad, Esq.
MCPHERSON & KALMANSOHN
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: 310-553-8833
Facsimile: 310-553-9233
**Attorneys for Brother Records, Inc.,
Mike Love and Brian Wilson**

Philip H. Stillman, Esq.
Alfred G. Rava, Esq.
FLYNN & STILLMAN
224 Birmingham Dr., Suite 1A4
Cardiff, California 92007
Telephone: 888-235-4279
Facsimile: 888-235-4279
**Attorneys for Brother Records, Inc.,
Mike Love and Brian Wilson**

Jeffrey S. Benice, Esq.
650 Town Center Dr. Suite 1300
Costa Mesa, CA   92626
Telephone: 714-641-3600
Facsimile: 714-641-3604
**Attorney for Al Jardine**

Kenneth A. Feinswog, Esq.
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Telephone: 310-846-5800
Facsimile: 310-846-5801
**Attorney for Bradley Elliott**