```
 1  ALLEN HYMAN, ESQ. (CBN: 73371)
    CHRISTINE COVERDALE, ESQ. (CBN: 195635)
 2  LAW OFFICES OF ALLEN HYMAN
    10737 Riverside Drive
 3  North Hollywood, California 91602
    Tel: (818) 763-6289 or (323) 877-3405
 4  Fax: (818) 763-4676
    Email: lawoffah@aol.com
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10
11
    BROTHER RECORDS, INC., a        )  Case No. CV 00-13314 CBM (AJWx)
12  California Corporation,         )
                                    )  (consolidated for all purposes with)
13              Plaintiff,          )
                                    )  Case No. CV 00-13312 CBM (AJWx)
14         v.                       )
                                    )  **DECLARATION OF ALLEN HYMAN AS TO**
15  BRADLEY S. ELLIOTT,             )  **NOTICE OF EX PARTE APPLICATION**
    individually and dba SURF'S     )
16  UP! RECORDS, et al.,            )
                                    )
17              Defendants.         )
    _____)
18                                  )
    BRUCE MORGAN, dba, DECK         )
19  RECORDS,                        )
                                    )
20              Plaintiff,          )
                                    )
21         v.                       )
                                    )
22  BRIAN WILSON, et al.,           )
                                    )
23              Defendants.         )
                                    )
24  _____)
25
26         I, Allen Hyman, declare as follows:
27         1.   I have personal knowledge of the facts set forth in
28  this declaration, and I could and would testify as to these facts
```

E:\PC3\MORGAN\DECAHEXPARTE090408.wpd                    1

1 if called upon to do so.

2. I have provided Notice on two occasions to opposing counsel, Mr. Zweig, that I was intending to file an application to continue the Status Conference pending the matters that exist before the Court of Appeals as set forth in the application.

3. Mr. Zweig did not clearly indicate his position. After I notified Mr. Zweig on the first occasion, Mr. Zweig asked if I was intending to bring a motion and I indicated that I was.

4. This Ex parte is a bit tardy insofar that on Wednesday, September 3, 2008, I had just completed a trial in Orange County in the Case of Solis v. WNI, 03CC00069 before the Honorable Judge Bauer Department CX 103 in Orange County Civil Complex Center which trial commenced on August 25, 2008.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed on September 4, 2008, in North Hollywood California.

/s/ Allen Hyman, Esq.
Allen Hyman, Esq.