```
ALLEN HYMAN, ESQ. (CBN: 73371)
Email: lawoffah@aol.com
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
Email: ccoverdaleesq@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
(818) 763-6289 or (323) 877-3405
Fax: (818) 763-4676

Attorneys for Plaintiff and Defendant,
BRUCE MORGAN dba DECK RECORDS
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROTHER RECORDS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY S. ELLIOT, individually and dba SURF's UP! RECORDS, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. CV 00-13312 CBM (AJWx) (consolidated for all purposes with Case No. CV 00-13314 CBM (AJWx)<br><br>~~(PROPOSED)~~ ORDER RETAINING JURISDICTION AND DISMISSAL |

The Court finds as follows:

1. That on April 30, 2001, the Court ordered that the two cases: (1) CV00-13312 CBM (AJWx) and (2) CV00-13314 CBM (AJWx) were "...consolidated for all purposes pursuant to F.R.C.P. 42," and ordered "...the lower numbered case, CV 00-13312, is designated the Master File;"

2. That the Court had entered certain orders and judgments in these dockets, and as the Court indicated in its Order of December 15, 2009, after resolution of appeals, "This case has

1  been remanded back to this Court from the Ninth Circuit Court of
2  Appeals for further proceedings;" and
3      3. That the parties to both dockets have undertaken
4  settlement efforts and have informed this Court by way of
5  stipulation that the parties have entered into a settlement
6  agreement which resolves all matters between them, subject to this
7  Court retaining jurisdiction over the settlement agreement.
8      Given the stipulation of the parties, the Court Orders as
9  a final resolution of these two (2) dockets:
10     1. That the Court specifically retains jurisdiction to
11 interpret and enforce the Settlement Agreement of the parties,
12 which has been filed with the Court as Exhibit No. 1 to the
13 Stipulation presented to the Court indicating settlement has been
14 finalized; and
15     2. The Court vacates its Order of December 15, 2009, as
16 requiring further briefing, and dismisses all claims in both
17 dockets CV 00-13312 CBM (AJWx), and CV 00-13314 CBM (AJWx), with
18 prejudice, and finds that each of the parties in both dockets are
19 to bear their own costs and attorneys fees.
20
21 DATED: 4/12/2010

    _____
    U.S. DISTRICT COURT JUDGE
    CONSUELO B. MARSHALL

22
23 Submitted by:

/s/ Allen Hyman, Esq.
24 Allen Hyman, Esq.
Counsel for Bruce Morgan
25

26 /s/ Michael Zweig, Esq.
Michael Zweig, Esq.
27 Of Counsel to Parker
Shumaker Mills LLP for the
28 BRI PARTIES